UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY CHAMBERS,

    Plaintiff,

Case No. 1:19-cv-830

Hon. Ray Kent

v.

MACATAWA AREA EXPRESS
TRANSIT AUTHROTIY, *et al.*,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Order granting defendants' motion for summary judgment entered this day, Judgment is entered in favor of defendants and against plaintiff Jeffrey Chambers.

Dated: September 28, 2021

/s/ Ray Kent
United States Magistrate Judge